UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

LINDA KAY HULLUM,

        Plaintiff,

   v.

Case No. 20-cv-1405-bhl

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

## ORDER GRANTING MOTION FOR LEAVE TO PROCEED WITHOUT PREPAYMENT OF THE FILING FEE (ECF NO. 2)

Plaintiff Linda Kay Hullum has filed a complaint seeking review of the decision of the Commissioner of Social Security. Plaintiff has also asked for permission to proceed *in forma pauperis* under 28 U.S.C. §1915, which allows indigent plaintiffs to obtain permission to proceed without paying the required costs and fees by submitting an affidavit asserting an inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. §1915(a)(1). Plaintiff filed the required affidavit of indigence, stating that she is unemployed and unmarried, has income totaling $0.00 per month and expenses totaling $480.00 per month, including rent, phone bill, and internet. Upon review of that affidavit, it appears that Plaintiff cannot afford the filing fee.

Accordingly, IT IS ORDERED that Plaintiff's request to proceed in forma pauperis is GRANTED.

IT IS FURTHER ORDERED that the clerk shall serve a copy of the complaint and this order on the Commissioner of Social Security.

Dated at Milwaukee, Wisconsin this 6th day of October, 2020.

                                          s/ Brett H. Ludwig_____
                                          Brett H. Ludwig
                                          United States District Judge